# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2017

*The Court of Appeals hereby passes the following order*

**A17D0498. IN THE INTEREST OF C. G. et al. (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1600505 1600506 1600507



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 10, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*